THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent, v. CHARLES B. HALSEY and Others, Appellants.— Order granting plaintiff's motion to strike out the answer and the amended answer of defendants and for summary judgment unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

SPEAR SECURITIES CORPORATION, Appellant, v. MADISON-BELMONT CORPORATION, Respondent.— Action by the holder of a second mortgage upon premises owned by defendant to impress a trust upon a lease of a portion of the mortgaged premises; to restrain defendant from taking any steps in regard to such lease; and for other relief. Judgment entered on a decision dismissing the complaint on the merits unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ. [157 Misc. 728.]

In the Matter of the Application of JACOB KATZ, Petitioner, against JACOB GOULD SCHURMAN, JR., as Chief City Magistrate of the City of New York, Respondent.— Order of certiorari to review the determination of respondent in removing petitioner from the position which he held as court attendant in the City Magistrates' Court of the City of New York, unanimously dismissed and the determination of the respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

In the Matter of the Arbitration between SAMUEL FINKELSTEIN & BRO., Respondent, and COLONIAL MILLS, INC., Appellant.— Order denying motion of Colonial Mills, Inc., for appointment of a referee to take the deposition of Charles Fowler, one of the arbitrators; order denying motion of Colonial Mills, Inc., to resettle an order confirming award of arbitrators; order granting motion of petitioner to confirm award, and the judgment entered thereon, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

BANCO DI NAPOLI, Respondent, v. EMANUEL F. ROSENBAUM, Appellant.— Order granting plaintiff's motion to strike out the defense consisting of paragraphs 7, 8, 9, 10, 11 and 12 of the answer, as insufficient in law, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

In the Matter of JENNIE EGOLKIN, Respondent, against JACOB EGOLKIN, Appellant.— Appeal from an order of the Domestic Relations Court of the City of New York, Family Court, New York County, directing Jacob Egolkin to pay five dollars a week for the support of petitioner, his wife, from December 19, 1935, and continuing until the further order of said court. Order unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.